**THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

WEST FOX SWD, LLC, an Oklahoma limited liability company,

Plaintiff,

v.

CYBER ENVIRO-TECH, INC., a Wyoming Corporation

Defendant.

Case No. CIV-25-161-JAR

# NOTICE OF REMOVAL

1. Cyber Enviro-Tech, Inc., is the defendant in an action brought against it in the District Court of Carter County, State of Oklahoma, and titled *West Fox SWD, LLC v. Cyber Enviro-Tech, Inc.*, Case No. CJ-2025-116.

2. At the time of filing this action and at the present time, West Fox SWD, LLC ("Plaintiff") was and is a limited liability company doing business in the State of Oklahoma. At the time of the filing of this action and at the present time, Defendant was and is a corporation duly organized and existing under the laws of the State of Wyoming and no other state, with its principal place of business in Arizona; Defendant is not a citizen of Oklahoma. *See* Petition, Ex. 1 at ¶¶ 1-2.

3. Plaintiff's Petition expressly alleges that the amount in controversy exceeds $75,000.00. *See* Petition, Ex. 1 at pg. 5. Therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. This is the kind of action of which the United States District Courts have original jurisdiction because of diversity of citizenship and sufficiency of amount in controversy under the provisions of 28 U.S.C § 1332.

5. The aforementioned action was commenced by service of summons upon Cyber Enviro-Tech, Inc. on April 14, 2025, and this Notice of Removal is, therefore, timely filed under the provisions of 28 U.S.C. § 1446.

6. Copies of all process, pleadings, and orders filed or served upon Defendant in the aforementioned state action are attached hereto, marked Exs. 1-3 and made a part hereof.

7. Pursuant to LCvR 81.2, a copy of the docket sheet in the aforementioned state action is attached hereto as Ex. 4.

8. Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendant has filed a Corporate Disclosure Statement contemporaneously with the filing of this Notice.

Respectfully submitted,

Dated: May 14, 2025.

Kale S. Hajek, OBA No. 35126
Mahaffey & Gore, P.C.
300 N.E. 1st Street
Oklahoma City, OK 73104-4004
Telephone: (405) 236-0478
Facsimile: (405) 236-1840
khajek@mahaffeygore.com
Attorney for Defendant

**CERTIFICATE OF MAILING**

This is to certify that on May 14, 2025, a true and correct copy of the above and foregoing document was mailed, postage prepaid, to the following counsel of record:

Justin R. Landgraf, OBA No. 22204
Natalie Swink-Smith, OBA No. 35751
Republic Law Group
7 East Main St.
Ardmore, OK 73401
Telephone: (580) 226-6277
Fax: (580) 319-7215
Email: justin@republiclawgroup.com
Email: natalie@republiclawgroup.com
Attorneys for Plaintiff, West Fox SWD, LLC

Kale S. Hajek